# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2017

154814

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

DARRELL WILDER, a/k/a DARRELL JOHN
WILDER, a/k/a DARRELL J. WILDER,
 Defendant-Appellant.

_____/

SC: 154814
COA: 327491
Wayne CC: 14-004600-FH

On order of the Court, the application for leave to appeal the September 27, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the trial court erred by allowing the prosecutor to cross-examine the defendant's wife about his prior firearms-related convictions; (2) whether the prosecutor improperly raised a collateral issue to admit evidence of the defendant's prior felonies through impeachment, compare *People v Stanaway*, 446 Mich 643 (1994), with *People v Kilbourn*, 454 Mich 677 (1997); see also *People v Vasher*, 449 Mich 494 (1995); and (3) whether any error was harmless. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2017



p0523

Clerk